The People of the State of Illinois, Appellee, v. Sylvester Hubbard, Jr., Appellant.

Gen. No. 50,775.

First District, Second Division.
July 22, 1966.
Rehearing denied September 12, 1966.

Vernon T. Squires, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Joel M. Flaum, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE BRYANT. Not to be published in full.